MRS. MAMIE SHARP, wife of

JAMES A. CARDENAS No. 8,008.

VERSUS COURT OF APPEAL.

C. R. BUCHANAN, SR.

Confirming the verbal agreement had between coun-
sel for the Plaintiff and for the Defendant herein it is now set
forth that at the time of the argument in the above entitled and
numbered cause, the Court was also authorized to take up and con-
sider and dispose of the appeal in the matter No. 8194, Mrs. James
A. Cardenas versus Cornelius R. Buchanan, filed in this Honorable
Court March 21, 1921, as the two appeals involve exactly the
same subject matter, the First appeal, in the above entitled and
numbered cause, having been taken by the Defendant, and the Appeal
No. 8194 having been taken by the Plaintiff.

Court of Appeal
PARISH OF ORLEANS
FILED MAY-2 3-21